1  JERROLD ABELES (SBN 138464)
   **ARENT FOX LLP**
2  555 West Fifth Street, 48th Floor
   Los Angeles, CA 90013-1065
3  Telephone: 213.629.7400
   Facsimile: 213.629.7401
4  Email: jerry.abeles@arentfox.com
   *Attorneys for Plaintiff*
5  *The Nutro Company*

6

7

8                  **UNITED STATES DISTRICT COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10

11  THE NUTRO COMPANY                Case No. **CV 13-8240 GAF (VBKx)**

12              Plaintiff,           **COMPLAINT FOR DAMAGES AND INJUNCTIVE AND DECLARATORY RELIEF**

13  v.

14  ILIO PRODUCTS LLC                **JURY TRIAL DEMANDED**

15              Defendant.

16

17

18

19       Plaintiff The Nutro Company ("Nutro"), by its undersigned counsel, brings

20  this action against Defendant Ilio Products LLC ("Ilio" or "Defendant"), and

21  alleges as follows:

22       1.      This is an action for trademark infringement, trade dress infringement,

23  false designation of origin, and unfair competition arising under the statutes of the

24  United States (Trademark Act of 1946, 15 U.S.C. § 1051 *et seq.*), the statutes of the

25  State of California (California Business and Professions Code section 17200, *et*

26  *seq.*), and the common law.

27

28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/10510929.1

COMPLAINT FOR DAMAGES AND
INJUNCTIVE AND DECLARATORY RELIEF

COPY

**THE PARTIES**

2.     Nutro is a corporation organized and existing under the laws of the State of California with a principal place of business at 315 Cool Springs Blvd., Franklin, Tennessee 37067.

3.     Upon information and belief, Defendant Ilio is a limited liability company organized and existing under the laws of the State of Hawaii with a principal place of business at 850 Kawaihao Street, Suite 305, Honolulu, Hawaii 96813.

**JURISDICTION AND VENUE**

4.     This Court has jurisdiction over the subject matter of this action under Section 39 of the Lanham Act, 15 U.S.C. § 1121, as well as 28 U.S.C. §§ 1331, 1332, and 1338, and the doctrine of supplemental jurisdiction, 28 U.S.C. § 1367. The amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and the parties are of diverse citizenship.

5.     Upon information and belief, this Court has personal jurisdiction over Defendant because it regularly solicits, transacts, and does business within the State of California and within this District, and the claims in this action arise out of such business in this District.

6.     Upon information and belief, Defendant has caused and is causing injury within this District by advertising, distributing, and selling infringing products in this District.

7.     Venue is proper in this District under 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claims alleged herein occurred in this District.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/10510929.1

- 2 -

COMPLAINT FOR DAMAGES AND
INJUNCTIVE AND DECLARATORY RELIEF

# FACTUAL BACKGROUND

## NUTRO'S RIGHTS IN THE GREENIES® TOOTHBRUSH DESIGN TRADEMARK AND TRADE DRESS AND THE GREENIES® PACKAGING DESIGN TRADEMARK AND TRADE DRESS

8.      Nutro is a leading developer and manufacturer of premium pet food products that are sold in the United States and throughout the world.  Nutro has been developing and manufacturing premium pet food for over eighty years.

9.      One of Nutro's most successful products is its line of canine dental chews sold under the famous word mark GREENIES.

10.      Nutro also distinguishes its GREENIES canine dental chews from those sold by others by using a highly distinctive and unique three-dimensional product configuration mark and two-dimensional design mark featuring a toothbrush head combined with a bone-shaped handle (the "GREENIES Toothbrush Design Trademark and Trade Dress").

11.      An image of a GREENIES canine dental chew bearing the GREENIES Toothbrush Design Trademark and Trade Dress appears below, and in Exhibit A attached hereto.



12.      In addition, GREENIES canine dental chews have been and are sold in a distinctive product packaging design trademark and trade dress containing the following elements:  the GREENIES trademark displayed in arched green lettering; below that, an image of a dog with a green elongated toothbrush-shaped dental chew in its mouth; below that, an image of a green elongated toothbrush-shaped dental chew with a white star on the bristles of the chew design; an image of a

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -

COMPLAINT FOR DAMAGES AND
INJUNCTIVE AND DECLARATORY RELIEF

AFDOCS/10510929.1

1    white tooth near the edge of the package; and a two-toned background featuring a

2    U-shaped green border (all of the foregoing, collectively, the "GREENIES

3    Packaging Design Trademark and Trade Dress").  Examples of packaging bearing

4    the GREENIES Packaging Design Trademark and Trade Dress are depicted below,

5    and in Exhibit B attached hereto.

 

 

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 4 -

COMPLAINT FOR DAMAGES AND
INJUNCTIVE AND DECLARATORY RELIEF

AFDOCS/10510929.1

13.     Below is a summary of Nutro's United States trademark registrations for the GREENIES Toothbrush Design Trademark and Trade Dress, the GREENIES Packaging Design Trademark and Trade Dress, and certain individual marks contained within the GREENIES Packaging Design Trademark and Trade Dress:

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 5 -

COMPLAINT FOR DAMAGES AND
INJUNCTIVE AND DECLARATORY RELIEF

AFDOCS/10510929.1

| Mark | Registration Number | First Use Date | Registration Date | Goods |
|---|---|---|---|---|
| (Incontestable Registration)<br><br>Description of mark: "A configuration of a dog bone with the shape of a head of a tooth brush at one end, all portions are the color green."<br><br>The color green is claimed as a feature of the mark. | 3,122,596 | November 2000 | August 1, 2006 | Pet snack food |
| (Incontestable Registration)<br><br>Description of mark: "A configuration of a dog bone with the shape of a head of a tooth brush at one end."<br><br>Color is not claimed as a feature of the mark. | 3,220,981 | September 1996 | March 27, 2007 | Pet Food |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/10510929.1

COMPLAINT FOR DAMAGES AND
INJUNCTIVE AND DECLARATORY RELIEF

| Mark | Registration Number | First Use Date | Registration Date | Goods |
|---|---|---|---|---|
| <br>(Incontestable Registration) | 3,340,413 | November 2000 | November 20, 2007 | Pet food |
|  | 3,869,170 | June 2008 | August 5, 2009 | Pet food and pet treats |
| <br>(Incontestable Registration) | 2,874,574 | September 1996 | August 17, 2004 | Pet food and pet treats |
|  | 3,869,171 | June 2006 | November 2, 2010 | Pet food and pet treats |

14.     Nutro's predecessor in interest first used the GREENIES Toothbrush Design Trademark and Trade Dress at least as early as 1996 in connection with the advertising and sale of canine dental chews in the United States, and the

COMPLAINT FOR DAMAGES AND INJUNCTIVE AND DECLARATORY RELIEF

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/10510929.1

1   GREENIES Toothbrush Design Trademark and Trade Dress is in use in commerce
2   throughout the United States.

3       15.    Nutro first used the GREENIES Packaging Design Trademark and
4   Trade Dress at least as early as 2008 in connection with the advertising and sale of
5   canine dental chews in the United States, and the GREENIES Packaging Design
6   Trademark and Trade Dress is in use in commerce throughout the United States.

7       16.    Products bearing the GREENIES Toothbrush Design Trademark and
8   Trade Dress revolutionized the pet treat market when they were introduced.
9   Products bearing the GREENIES Toothbrush Design Trademark and Trade Dress
10  and the GREENIES Packaging Design Trademark and Trade Dress are sold
11  nationwide and today are among the best selling dental chews for dogs in the
12  United States.  Sales of products bearing the GREENIES Toothbrush Design
13  Trademark and Trade Dress and the GREENIES Packaging Design Trademark and
14  Trade Dress amount to over $100 million annually.

15      17.    Products bearing the GREENIES Toothbrush Design Trademark and
16  Trade Dress and the GREENIES Packaging Design Trademark and Trade Dress are
17  sold in different sizes and are among the best selling SKUs in the entire Pet
18  Specialty Care & Treats category.

19      18.    The GREENIES Toothbrush Design Trademark and Trade Dress and
20  the GREENIES Packaging Design Trademark and Trade Dress are well-known
21  among the relevant consuming public.  Products bearing the GREENIES
22  Toothbrush Design Trademark and Trade Dress and the GREENIES Packaging
23  Design Trademark and Trade Dress are the top recommended dental chews by
24  veterinarians.

25      19.    As summarized above, Nutro owns numerous United States trademark
26  registrations for marks comprising or containing the GREENIES Toothbrush
27  Design Trademark and Trade Dress and the GREENIES Packaging Design
28  Trademark and Trade Dress.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/10510929.1

- 8 -

COMPLAINT FOR DAMAGES AND
INJUNCTIVE AND DECLARATORY RELIEF

20.     Nutro's incontestable registrations provide conclusive evidence (and the additional registrations provide *prima facie* evidence) of Nutro's exclusive right to use its marks in commerce pursuant to 15 U.S.C. § 1115(b), and they also provide nationwide constructive notice of Nutro's exclusive rights pursuant to 15 U.S.C. § 1072.  Copies of the registration certificates and related documents showing Nutro's ownership of these marks are attached as Exhibit C.

21.     Nutro's GREENIES Toothbrush Design Trademark and Trade Dress and the GREENIES Packaging Design Trademark and Trade Dress are distinctive, non-functional trademarks and trade dress, and are recognized by consumers as distinctive indicators of the source of Nutro's pet food products.

22.     Nutro is the owner of all rights, title, and interest in the GREENIES Toothbrush Design Trademark and Trade Dress and the GREENIES Packaging Design Trademark and Trade Dress.

23.     Nutro first used the GREENIES Toothbrush Design Trademark and Trade Dress and the GREENIES Packaging Design Trademark and Trade Dress in connection with the advertising and sale of pet food products in United States commerce long prior to Defendant's infringing acts complained of herein.

24.     Since the dates of first use, Nutro or its predecessor in interest have continuously used the GREENIES Toothbrush Design Trademark and Trade Dress and the GREENIES Packaging Design Trademark and Trade Dress to advertise, promote, and sell pet food products in United States commerce.

25.     Goods bearing the GREENIES Toothbrush Design Trademark and Trade Dress and the GREENIES Packaging Design Trademark and Trade Dress are disseminated in the United States through various trade channels, including pet specialty stores such as Kirby's Pet Depot stores; online pet specialty retailers such as DigItPet.com; general online retailers such as Amazon.com; and veterinary trade channels.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/10510929.1

- 9 -

COMPLAINT FOR DAMAGES AND
INJUNCTIVE AND DECLARATORY RELIEF

26.    Goods bearing the GREENIES Toothbrush Design Trademark and Trade Dress and the GREENIES Packaging Design Trademark and Trade Dress are sold in this judicial district, throughout the State of California, and throughout the United States.

27.    Since well prior to the acts complained of herein, the GREENIES Toothbrush Design Trademark and Trade Dress and the GREENIES Packaging Design Trademark and Trade Dress have been widely publicized through substantial advertising and promotion in the State of California and throughout the United States.

28.    As a result of Nutro's substantial advertising and sales, the GREENIES Toothbrush Design Trademark and Trade Dress and the GREENIES Packaging Design Trademark and Trade Dress have become valuable assets and well-known symbols of Nutro's substantial goodwill throughout the United States, and the general public has come to associate the GREENIES Toothbrush Design Trademark and Trade Dress and the GREENIES Packaging Design Trademark and Trade Dress with high-quality goods manufactured and distributed by Nutro.

29.    The GREENIES Toothbrush Design Trademark and Trade Dress and the GREENIES Packaging Design Trademark and Trade Dress are inherently distinctive or have acquired distinctiveness as unique indicators of source for Nutro's goods.

30.    The overall look, feel, appearance, and features of the GREENIES Toothbrush Design Trademark and Trade Dress and the GREENIES Packaging Design Trademark and Trade Dress, and their forms, shapes, images, materials, and styling, are unique, original, non-functional, and proprietary assets owned by Nutro.

### DEFENDANT'S INFRINGING AND UNLAWFUL CONDUCT

31.    Without authorization from Nutro, and despite Nutro's prior use of and rights in the GREENIES Toothbrush Design Trademark and Trade Dress, Defendant is manufacturing, selling, advertising, promoting, and distributing,

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

COMPLAINT FOR DAMAGES AND
INJUNCTIVE AND DECLARATORY RELIEF

AFDOCS/10510929.1

within this judicial district and in interstate commerce, canine dental chews in a product configuration that so closely imitates the GREENIES Toothbrush Design Trademark and Trade Dress (the "Infringing Toothbrush Design Trademark and Trade Dress") as to create a likelihood of confusion, mistake, and deception among consumers as to source, sponsorship, or affiliation.

32.    The Infringing Toothbrush Design Trademark and Trade Dress, like the GREENIES Toothbrush Design Trademark and Trade Dress, features the head of a toothbrush at one end connected to a bone-like handle.

33.    In addition, Defendant's products, like Nutro's products, are sold with the color green applied to the entire surface of the chew.

34.    An example of Defendant's products bearing the Infringing Toothbrush Design Trademark and Trade Dress is depicted below, and in Exhibit D attached hereto.



35.    Side-by-side images of the parties' respective products are depicted below, with Defendant's product on top and Nutro's product on the bottom:



ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/10510929.1

COMPLAINT FOR DAMAGES AND
INJUNCTIVE AND DECLARATORY RELIEF

36.     Upon information and belief, Defendant has advertised and sold, and is advertising and selling, products bearing the Infringing Toothbrush Design Trademark and Trade Dress under the word marks GUMBONE and TEETH TREAT.

37.     When sold under the GUMBONE mark, Defendant's products are advertised and sold in packaging that so closely imitates the GREENIES Packaging Design Trademark and Trade Dress (the "Infringing Packaging Design Trademark and Trade Dress") as to create a likelihood of confusion, mistake, and deception among consumers as to source, sponsorship, or affiliation.

38.     Defendant adopted, has used, and is using the Infringing Packaging Design Trademark and Trade Dress without authorization from Nutro.

39.     Defendant's Infringing Packaging Design Trademark and Trade Dress, like the GREENIES Packaging Design Trademark Trade Dress, depicts the following elements:  a trademark beginning with the letter "G" displayed in arched green lettering; below that, an image of a dog with a green elongated toothbrush-shaped dental chew in its mouth; below that, an image of a green elongated toothbrush-shaped dental chew with a white star on the bristles of the chew design; an image of a white tooth near the edge of the package; and a two-toned background featuring a U-shaped green border.  An image of the Infringing Packaging Design Trademark and Trade Dress is depicted below, and in Exhibit E attached hereto.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/10510929.1

- 12 -

COMPLAINT FOR DAMAGES AND
INJUNCTIVE AND DECLARATORY RELIEF

1
2
3
4
5
6
7
8
9
10



11
12   40.   Side-by-side images of the parties' respecting packaging are depicted

below:

13
14
15
16
17
18
19
20
21
22
23
24
25



26   41.   Defendant's packaging for its GUMBONE and TEETH TREET

27   products features clear windows through which products bearing the Infringing

28   Toothbrush Design Trademark and Trade Dress are visible.  *See* Exhibits E and F.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 13 -

COMPLAINT FOR DAMAGES AND
INJUNCTIVE AND DECLARATORY RELIEF

AFDOCS/10510929.1

1   42.   In the State of California and in this judicial district, Defendant's

2   products and packaging bearing the Infringing Toothbrush Design Trademark and

3   Trade Dress and the Infringing Packaging Design Trademark and Trade Dress have

4   been and are currently offered for sale through various channels of trade, including

5   pet specialty stores such as Kirby's Pet Depot stores; online pet specialty retailers

6   such as DigItPet.com; and general online retailers such as Amazon.com.

7   43.   Defendant's products bearing the Infringing Toothbrush Design

8   Trademark and Trade Dress and the Infringing Packaging Design Trademark and

9   Trade Dress are identical in nature to the products sold by Nutro under the

10   GREENIES Toothbrush Design Trademark and Trade Dress and the GREENIES

11   Packaging Design Trademark and Trade Dress, namely, dental chews for dogs.

12   44.   Defendant's products bearing the Infringing Toothbrush Design

13   Trademark and Trade Dress and the Infringing Packaging Design Trademark and

14   Trade Dress are directly competitive with the products sold by Nutro under the

15   GREENIES Toothbrush Design Trademark and Trade Dress and the GREENIES

16   Packaging Design Trademark and Trade Dress, namely, dental chews for dogs.

17   45.   The target customers of Defendant's products bearing the Infringing

18   Toothbrush Design Trademark and Trade Dress and the Infringing Packaging

19   Design Trademark and Trade Dress are the same as the target customers of products

20   sold by Nutro under its GREENIES Toothbrush Design Trademark and Trade

21   Dress and the GREENIES Packaging Design Trademark and Trade Dress.

22   46.   Defendant's products bearing the Infringing Toothbrush Design

23   Trademark and Trade Dress and the Infringing Packaging Design Trademark and

24   Trade Dress are being advertised and offered for sale in the identical trade channels

25   as products sold by Nutro under its GREENIES Toothbrush Design Trademark and

26   Trade Dress and the GREENIES Packaging Design Trademark and Trade Dress.

27   47.   Defendant's products bearing the Infringing Toothbrush Design

28   Trademark and Trade Dress and the Infringing Packaging Design Trademark and

1    Trade Dress are being offered for sale in the same retail store locations as products
2    sold by Nutro under its GREENIES Toothbrush Design Trademark and Trade
3    Dress and the GREENIES Packaging Design Trademark and Trade Dress,
4    including but not limited to pet specialty stores such as Kirby's Pet Depot stores;
5    online pet specialty retailers such as DigItPet.com; and general online retailers such
6    as Amazon.com.

7         48.    Defendant's advertising and sale of products bearing the Infringing
8    Toothbrush Design Trademark and Trade Dress and the Infringing Packaging
9    Design Trademark and Trade Dress create the false impression that Defendant and
10   its goods are affiliated with, sponsored by, approved by, or endorsed by Nutro.

11        49.    Defendant's advertising and sale of products bearing the Infringing
12   Toothbrush Design Trademark and Trade Dress and the Infringing Packaging
13   Design Trademark and Trade Dress are likely to cause confusion, mistake, or
14   deception as to the source and origin of Defendant's products among customers and
15   prospective customers who encounter Defendant's products.

16        50.    Upon information and belief, Defendant had full knowledge of Nutro's
17   rights in the GREENIES Toothbrush Design Trademark and Trade Dress and the
18   GREENIES Packaging Design Trademark and Trade Dress prior to Defendant's
19   adoption and use of the Infringing Toothbrush Design Trademark and Trade Dress
20   and the Infringing Packaging Design Trademark and Trade Dress.

21        51.    Upon information and belief, Defendant intentionally and willfully
22   adopted the Infringing Toothbrush Design Trademark and Trade Dress and the
23   Infringing Packaging Design Trademark and Trade Dress to copy the GREENIES
24   Toothbrush Design Trademark and Trade Dress and the GREENIES Packaging
25   Design Trademark and Trade Dress with a deliberate intent to cause confusion and
26   to trade on the significant reputation and goodwill of Nutro and its industry-leading
27   GREENIES canine dental chews.

28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/10510929.1

- 15 -

COMPLAINT FOR DAMAGES AND
INJUNCTIVE AND DECLARATORY RELIEF

52.     Upon information and belief, Defendant adopted and is using the Infringing Toothbrush Design Trademark and Trade Dress and the Infringing Packaging Design Trademark and Trade Dress to mislead purchasers and prospective purchasers into believing falsely that Defendant's goods are manufactured by, licensed by, sponsored by, endorsed by, or otherwise affiliated with Nutro.

53.     Upon information and belief, Defendant has engaged in this unlawful activity with a willful and deliberate intent to cause a likelihood of confusion among the purchasing public and to trade on the significant goodwill symbolized by the GREENIES Toothbrush Design Trademark and Trade Dress and the GREENIES Packaging Design Trademark and Trade Dress.

54.     In February 2013, having learned of Defendant's adoption and use of the Infringing Toothbrush Design Trademark and Trade Dress and the Infringing Packaging Design Trademark and Trade Dress, Nutro's counsel sent a cease-and-desist letter to Defendant requesting that it immediately and voluntarily discontinue its unlawful activity.

55.     After the cease-and-desist letter was sent, Nutro and Defendant engaged in discussions in an effort to resolve the dispute.

56.     The discussions have not led to a resolution, and Defendant has continued using the Infringing Toothbrush Design Trademark and Trade Dress and the Infringing Packaging Design Trademark and Trade Dress in a manner likely to deceive and cause confusion among purchasers and prospective purchasers.

57.     Defendant has continued and, upon information and belief, plans to continue such infringing use despite having full knowledge of Nutro's prior rights in the GREENIES Toothbrush Design Trademark and Trade Dress and the GREENIES Packaging Design Trademark and Trade Dress.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/10510929.1

- 16 -

COMPLAINT FOR DAMAGES AND
INJUNCTIVE AND DECLARATORY RELIEF

1
2

**FOR A FIRST CAUSE OF ACTION
(TRADEMARK INFRINGEMENT IN VIOLATION OF UNITED STATES
STATUTES, 15 U.S.C. § 1114(1))**

3      58.   The foregoing paragraphs of this Complaint are incorporated by

4   reference as a part of this count.  As a separate cause of action and ground for relief,

5   Nutro alleges that Defendant has and is engaged in acts of trademark infringement,

6   in violation of 15 U.S.C § 1114(1).

7      59.   Nutro owns numerous federal trademark registrations on the Principal

8   Register for its GREENIES Toothbrush Design Trademark and Trade Dress, the

9   GREENIES Packaging Design Trademark and Trade Dress, and marks contained

10   within the GREENIES Packaging Design Trademark and Trade Dress.

11      60.   Defendant has used and is using the Infringing Toothbrush Design

12   Trademark and Trade Dress and the Infringing Packaging Design Trademark and

13   Trade Dress in connection with the advertising and sale of goods in commerce

14   without Nutro's consent in such a manner as to create a likelihood of confusion

15   with Nutro's federally registered trademarks for the GREENIES Toothbrush Design

16   Trademark and Trade Dress and the GREENIES Packaging Design Trademark and

17   Trade Dress.

18      61.   Defendant's use of the Infringing Toothbrush Design Trademark and

19   Trade Dress and the Infringing Packaging Design Trademark and Trade Dress

20   induces prospective purchasers and others to believe, contrary to fact, that the

21   goods sold by Defendant are rendered, sponsored, or otherwise approved by, or

22   connected with, Nutro.  Defendant's acts have damaged, impaired, and diluted the

23   goodwill symbolized by Nutro's GREENIES Toothbrush Design Trademark and

24   Trade Dress and the GREENIES Packaging Design Trademark and Trade Dress to

25   Nutro's immediate and irreparable damage.

26      62.   Defendant's use of marks identical or confusingly similar to Nutro's

27   GREENIES Toothbrush Design Trademark and Trade Dress and the GREENIES

28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/10510929.1

- 17 -

COMPLAINT FOR DAMAGES AND
INJUNCTIVE AND DECLARATORY RELIEF

Packaging Design Trademark and Trade Dress constitutes trademark infringement within the meaning of 15 U.S.C § 1114(1).

63.     Upon information and belief, Defendant had actual knowledge of Nutro's exclusive rights in the GREENIES Toothbrush Design Trademark and Trade Dress and the GREENIES Packaging Design Trademark and Trade Dress when it began using the Infringing Toothbrush Design Trademark and Trade Dress and the Infringing Packaging Design Trademark and Trade Dress.  In addition, Defendant has continued its unlawful conduct despite receiving a cease-and-desist letter from Nutro.  Thus, Defendant has willfully and deliberately engaged in the aforesaid acts with reckless disregard for Nutro's rights and an intent to injure Nutro and deceive the public.

64.     Defendant's wrongful acts have proximately caused and will continue to cause Nutro substantial injury, including loss of profits, confusion of potential customers, damage to Nutro's goodwill and reputation, and diminution in the value of Nutro's marks and trade dress, entitling Nutro to remedies under 15 U.S.C. § 1114.

65.     Unless enjoined by this Court, Defendant will continue these acts of trademark infringement to Nutro's immediate and irreparable damage.

**FOR A SECOND CAUSE OF ACTION**
**(TRADE DRESS INFRINGEMENT IN VIOLATION OF THE STATUTES OF THE UNITED STATES, 15 U.S.C. § 1125(a))**

66.     The foregoing paragraphs of this Complaint are incorporated by reference as a part of this count.  As a separate cause of action and ground for relief, Nutro alleges that Defendant has and is engaged in acts of trade dress infringement that give rise to a cause of action under Section 43(a) of the Trademark Act, 15 U.S.C. § 1125(a).

67.     The GREENIES Toothbrush Design Trademark and Trade Dress and the GREENIES Packaging Design Trademark and Trade Dress are non-functional trade dress and are inherently distinctive or have acquired distinctiveness among

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 18 -

COMPLAINT FOR DAMAGES AND
INJUNCTIVE AND DECLARATORY RELIEF

AFDOCS/10510929.1

consumers and prospective consumers as indicators of origin identifying Nutro as the source of products bearing that trade dress to the public throughout the State of California and the United States.

68. Due to such reputation and public awareness, Nutro has established valuable goodwill in connection with the GREENIES Toothbrush Design Trademark and Trade Dress and the GREENIES Packaging Design Trademark and Trade Dress.

69. Without Nutro's consent, Defendant has used and is using the Infringing Toothbrush Design Trademark and Trade Dress and the Infringing Packaging Design Trademark and Trade Dress, which are confusingly similar to the GREENIES Toothbrush Design Trademark and Trade Dress and the GREENIES Packaging Design Trademark and Trade Dress, in connection with the advertising and sale of goods in commerce in such a manner as to create a likelihood of confusion among prospective purchasers, and to compete unfairly with Nutro.

70. Defendant's use of the Infringing Toothbrush Design Trademark and Trade Dress and the Infringing Packaging Design Trademark and Trade Dress induces prospective purchasers and others to believe, contrary to fact, that the goods sold by Defendant are rendered, sponsored, or otherwise approved by, or connected with, Nutro.

71. Upon information and belief, Defendant had actual knowledge of Nutro's exclusive rights in the GREENIES Toothbrush Design Trademark and Trade Dress and the GREENIES Packaging Design Trademark and Trade Dress when it engaged in the conduct complained of herein. In addition, Defendant has continued its unlawful conduct despite receiving a cease-and-desist letter from Nutro. Thus, Defendant has willfully and deliberately engaged in the aforesaid acts with an intent to injure Nutro and to deceive the public.

72. Defendant's acts have damaged, impaired, and diluted Nutro's goodwill symbolized by its GREENIES Toothbrush Design Trademark and Trade

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/10510929.1

- 19 -

COMPLAINT FOR DAMAGES AND
INJUNCTIVE AND DECLARATORY RELIEF

1  Dress and the GREENIES Packaging Design Trademark and Trade Dress to
2  Nutro's immediate and irreparable damage.

3    73. Defendant's unauthorized use of the Infringing Toothbrush Design
4  Trademark and Trade Dress and the Infringing Packaging Design Trademark and
5  Trade Dress constitutes trade dress infringement of the GREENIES Toothbrush
6  Design Trademark and Trade Dress and the GREENIES Packaging Design
7  Trademark and Trade Dress under 15 U.S.C § 1125(a).

8    74. Unless enjoined by the Court, Defendant will continue these acts of
9  infringement, thereby deceiving the public and causing Nutro immediate and
10  irreparable damage, entitling Nutro to remedies under 15 U.S.C. § 1116 and 1117.

11
        **FOR A THIRD CAUSE OF ACTION**
12
**(FALSE DESIGNATION OF ORIGIN AND UNFAIR COMPETITION UNDER THE STATUTES OF THE UNITED STATES, 15 U.S.C. § 1125(a))**

13    75. The foregoing paragraphs of this Complaint are incorporated by
14  reference as a part of this count. As a separate cause of action and ground for relief,
15  Nutro alleges that Defendant has and is engaged in the use of a false designation of
16  origin and in similar acts of unfair competition in violation of Section 43(a) of the
17  Trademark Act of 1946, 15 U.S.C § 1125(a).

18    76. Defendant has used and is using the Infringing Toothbrush Design
19  Trademark and Trade Dress and the Infringing Packaging Design Trademark and
20  Trade Dress without Nutro's consent in connection with the advertising and sale of
21  goods in commerce in such a manner as to create a likelihood of confusion among
22  prospective purchasers and to compete unfairly with Nutro.

23    77. Defendant's use of the Infringing Toothbrush Design Trademark and
24  Trade Dress and the Infringing Packaging Design Trademark and Trade Dress
25  induces prospective purchasers and others to believe, contrary to fact, that the
26  goods sold by Defendant are rendered, sponsored, or otherwise approved by, or
27  connected with, Nutro.

28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/10510929.1

- 20 -

COMPLAINT FOR DAMAGES AND
INJUNCTIVE AND DECLARATORY RELIEF

78.     Defendant's acts have a substantial economic effect on interstate commerce because goods bearing the Infringing Toothbrush Design Trademark and Trade Dress and the Infringing Packaging Design Trademark and Trade Dress are advertised and sold in interstate commerce, and because Nutro's goods bearing the GREENIES Toothbrush Design Trademark and Trade Dress and the GREENIES Packaging Design Trademark and Trade Dress are also advertised and sold in interstate commerce.

79.     Defendant's acts have damaged, impaired, and diluted that part of Nutro's goodwill symbolized by Nutro's GREENIES Toothbrush Design Trademark and Trade Dress and the GREENIES Packaging Design Trademark and Trade Dress to Nutro's immediate and irreparable damage.

80.     Defendant's use of marks identical or confusingly similar to Nutro's GREENIES Toothbrush Design Trademark and Trade Dress and the GREENIES Packaging Design Trademark and Trade Dress constitutes a false designation of origin and a false description within the meaning of Section 43(a) of the Trademark Act of 1946, 15 U.S.C § 1125(a).

81.     Defendant's use of marks identical or confusingly similar to Nutro's GREENIES Toothbrush Design Trademark and Trade Dress and the GREENIES Packaging Design Trademark and Trade Dress constitutes unfair competition entitling Nutro to remedies pursuant to Section 43(a) of the Trademark Act of 1946, 15 U.S.C § 1125(a).

82.     Upon information and belief, Defendant had actual knowledge of Nutro's exclusive rights in the GREENIES Toothbrush Design Trademark and Trade Dress and the GREENIES Packaging Design Trademark and Trade Dress when it began using the Infringing Toothbrush Design Trademark and Trade Dress and the Infringing Packaging Design Trademark and Trade Dress.  In addition, Defendant has continued its unlawful conduct despite receiving a cease-and-desist

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/10510929.1

- 21 -

COMPLAINT FOR DAMAGES AND
INJUNCTIVE AND DECLARATORY RELIEF

1   letter from Nutro.  Thus, Defendant has willfully and deliberately engaged in the
2   aforesaid acts with an intent to injure Nutro and deceive the public.

3       83.    Defendant's deliberate acts of unfair competition, false designation of
4   origin, and false description have caused Nutro irreparable injury and loss of
5   reputation entitling Nutro to remedies under 15 U.S.C. § 1125.  Unless enjoined by
6   this Court, Defendant will continue these unlawful acts to Nutro's immediate and
7   irreparable damage.

8                         **FOR A FOURTH CAUSE OF ACTION**
9           **(TRADEMARK INFRINGEMENT UNDER THE COMMON LAW)**

10      84.    The foregoing paragraphs of this Complaint are incorporated by
11  reference as a part of this count.  As a separate cause of action and ground for relief,
12  Nutro alleges that Defendant has and is engaged in acts of trademark infringement
13  in violation of the common law.

14      85.    Nutro owns common law trademark rights in its GREENIES
15  Toothbrush Design Trademark and Trade Dress and the GREENIES Packaging
16  Design Trademark and Trade Dress.

17      86.    Defendant has used and is using the Infringing Toothbrush Design
18  Trademark and Trade Dress and the Infringing Packaging Design Trademark and
19  Trade Dress without Nutro's consent in connection with the advertising and sale of
20  goods in commerce in such a manner as to create a likelihood of confusion with
21  Nutro's GREENIES Toothbrush Design Trademark and Trade Dress and the
22  GREENIES Packaging Design Trademark and Trade Dress among prospective
23  purchasers.

24      87.    Defendant's use of the Infringing Toothbrush Design Trademark and
25  Trade Dress and the Infringing Packaging Design Trademark and Trade Dress
26  induces prospective purchasers and others to believe, contrary to fact, that the
27  goods sold by Defendant are rendered, sponsored, or otherwise approved by, or
28  connected with, Nutro.  Defendant's acts have damaged, impaired and diluted

1   Nutro's goodwill symbolized by its GREENIES Toothbrush Design Trademark and
2   Trade Dress and the GREENIES Packaging Design Trademark and Trade Dress to
3   Nutro's immediate and irreparable damage.

4       88.   The nature, probable tendency, and effect of Defendant's use of marks
5   identical or confusingly similar to Nutro's GREENIES Toothbrush Design
6   Trademark and Trade Dress and the GREENIES Packaging Design Trademark and
7   Trade Dress is to enable Defendant to deceive the public by passing off its goods as
8   being rendered, sponsored, or otherwise approved by, or connected with, Nutro.

9       89.   Defendant's use of marks identical or confusingly similar to Nutro's
10  GREENIES Toothbrush Design Trademark and Trade Dress and the GREENIES
11  Packaging Design Trademark and Trade Dress in connection with the advertising
12  and sale of its goods is likely to cause confusion, mistake, and deception as to the
13  source or origin of Defendant's goods and constitutes infringement of Nutro's
14  GREENIES Toothbrush Design Trademark and Trade Dress and the GREENIES
15  Packaging Design Trademark and Trade Dress under the common law.

16      90.   Upon information and belief, Defendant had actual knowledge of
17  Nutro's GREENIES Toothbrush Design Trademark and Trade Dress and the
18  GREENIES Packaging Design Trademark and Trade Dress when it began using the
19  Infringing Toothbrush Design Trademark and Trade Dress and the Infringing
20  Packaging Design Trademark and Trade Dress.  In addition, Defendant has
21  continued its unlawful conduct despite receiving a cease-and-desist letter from
22  Nutro.  Thus, Defendant has willfully and deliberately engaged in the aforesaid acts
23  with an intent to injure Nutro and deceive the public.

24      91.   Defendant's deliberate acts of trademark infringement have caused
25  Nutro irreparable injury and loss of reputation entitling Nutro to remedies available
26  under the common law.  Unless enjoined by this Court, Defendant will continue
27  these acts of trademark infringement to Nutro's immediate and irreparable damage.

28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/10510929.1

- 23 -

COMPLAINT FOR DAMAGES AND
INJUNCTIVE AND DECLARATORY RELIEF

1

2

## FOR A FIFTH CAUSE OF ACTION
### (TRADE DRESS INFRINGEMENT UNDER THE COMMON LAW)

3

4

5

92.    The foregoing paragraphs of this Complaint are incorporated by reference as a part of this count.  As a separate cause of action and ground for relief, Nutro alleges that Defendant has and is engaged in acts of trade dress infringement in violation of the common law.

6

7

8

9

10

11

12

13

14

93.    The GREENIES Toothbrush Design Trademark and Trade Dress and the GREENIES Packaging Design Trademark and Trade Dress are non-functional trade dress and are inherently distinctive or have acquired distinctiveness among consumers and prospective consumers as indicators of source identifying Nutro as the source of products bearing that trade dress to the public throughout the State of California and the United States.  Due to such reputation and public awareness, Nutro has established valuable goodwill in the GREENIES Toothbrush Design Trademark and Trade Dress and the GREENIES Packaging Design Trademark and Trade Dress.

15

16

17

18

19

20

21

94.    Without Nutro's consent, Defendant has used and is using the Infringing Toothbrush Design Trademark and Trade Dress and the Infringing Packaging Design Trademark and Trade Dress, which are confusingly similar to the GREENIES Toothbrush Design Trademark and Trade Dress and the GREENIES Packaging Design Trademark and Trade Dress, in connection with the advertising and sale of goods in commerce in such a manner as to create a likelihood of confusion among prospective purchasers, and to compete unfairly with Nutro.

22

23

24

25

26

95.    Defendant's use of the Infringing Toothbrush Design Trademark and Trade Dress and the Infringing Packaging Design Trademark and Trade Dress induces prospective purchasers and others to believe, contrary to fact, that the goods sold by Defendant are rendered, sponsored, or otherwise approved by, or connected with, Nutro.

27

28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/10510929.1

- 24 -

COMPLAINT FOR DAMAGES AND
INJUNCTIVE AND DECLARATORY RELIEF

96.   Upon information and belief, Defendant had actual knowledge of Nutro's exclusive rights in the GREENIES Toothbrush Design Trademark and Trade Dress and the GREENIES Packaging Design Trademark and Trade Dress when it engaged in the conduct complained of herein.  In addition, Defendant has continued its unlawful conduct despite receiving a cease-and-desist letter from Nutro.  Thus, Defendant has willfully and deliberately engaged in the aforesaid acts with an intent to injure Nutro and to deceive the public.

97.   Defendant's acts have damaged, impaired, and diluted Nutro's goodwill symbolized by its GREENIES Toothbrush Design Trademark and Trade Dress and the GREENIES Packaging Design Trademark and Trade Dress to Nutro's immediate and irreparable damage.

98.   Defendant's unauthorized use of the Infringing Toothbrush Design Trademark and Trade Dress and the Infringing Packaging Design Trademark and Trade Dress constitutes trade dress infringement of the GREENIES Toothbrush Design Trademark and Trade Dress and the GREENIES Packaging Design Trademark and Trade Dress under the common law.

99.   Unless enjoined by this Court, Defendant will continue these acts of trade dress infringement, thereby deceiving the public and causing Nutro immediate and irreparable damage entitling Nutro to remedies available under the common law.

## FOR A SIXTH CAUSE OF ACTION
## (UNFAIR COMPETITION UNDER CAL. BUS. & PROF. CODE § 17200)

100.   The foregoing paragraphs of this Complaint are incorporated by reference as a part of this count.  As a separate cause of action and ground for relief, Nutro alleges that Defendant has and is engaged in acts that constitute unfair competition in violation of California Business and Professions Code section 17200, *et seq.*

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/10510929.1

- 25 -

COMPLAINT FOR DAMAGES AND
INJUNCTIVE AND DECLARATORY RELIEF

101.   As alleged above, Defendant has infringed and intends to continue infringing Nutro's GREENIES Toothbrush Design Trademark and Trade Dress and the GREENIES Packaging Design Trademark and Trade Dress.

102.   Defendant's activities are likely to confuse, deceive, or mislead the public as to the origin or sponsorship of Defendant's goods.

103.   Defendant has attempted and is attempting to trade on the goodwill associated with Nutro's GREENIES Toothbrush Design Trademark and Trade Dress and the GREENIES Packaging Design Trademark and Trade Dress.

104.   Defendant's wrongful acts have proximately caused and will continue to cause Nutro substantial injury, including loss of profits, confusion of potential customers, damage to Nutro's goodwill and reputation, and diminution in the value of Nutro's marks and trade dress.

105.   Defendant's acts of unfair competition, unless enjoined by the Court, will continue to cause Nutro to sustain irreparable damage, loss, and injury, for which Nutro has no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Nutro prays for judgment against Defendant as follows:

(1)   Pursuant to 15 U.S.C. § 1116 and the common law, that Defendant and each of its agents, servants, employees, attorneys, officers, and all others in privity and acting in concert with them be permanently enjoined from:

(a)   using, registering, or applying to register the Infringing Toothbrush Design Trademark and Trade Dress, the Infringing Packaging Design Trademark and Trade Dress, or any other trademark, design, or trade dress similar to Nutro's GREENIES Toothbrush Design Trademark and Trade Dress, the GREENIES Packaging Design Trademark and Trade Dress, and marks contained within the GREENIES Packaging Design Trademark and Trade

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 26 -

COMPLAINT FOR DAMAGES AND
INJUNCTIVE AND DECLARATORY RELIEF

AFDOCS/10510929.1

1   Dress in connection with the sale, advertising, promotion,

2   or distribution of any pet food, pet treats, pet chews, or

3   related goods;

4   (b)   using or authorizing others to use in any manner any

5   trademark, design, or combination thereof which imitates,

6   resembles, or suggests Nutro's trademarks and trade

7   dress;

8   (c)   otherwise infringing Nutro's trademarks and trade dress;

9   (d)   unfairly competing with Nutro, diluting the distinctiveness of Nutro's

10   GREENIES Toothbrush Design Trademark and Trade Dress or the

11   GREENIES Packaging Design Trademark and Trade Dress, and

12   otherwise injuring Nutro's business reputation in any manner;

13   (e)   imposing a constructive trust on all sales of any goods that infringe

14   Nutro's GREENIES Toothbrush Design Trademark and Trade Dress

15   or the GREENIES Packaging Design Trademark and Trade Dress;

16   (2)   Pursuant to 15 U.S.C. § 1118, that Defendant be directed to deliver up

17   for destruction all packages, labels, advertisements, promotions, point of sale

18   materials, signs, prints, and all other materials in their possession or under their

19   control that resemble the GREENIES Toothbrush Design Trademark and Trade

20   Dress or the GREENIES Packaging Design Trademark and Trade Dress;

21   (3)   Pursuant to 15 U.S.C. § 1117, 15 U.S.C. § 1125, and the common law,

22   that Defendant account and pay Nutro damages in an amount sufficient to fairly

23   compensate it for the injury it has sustained, plus all the profits that are attributable

24   to Defendant's use of the Infringing Toothbrush Design Trademark and Trade

25   Dress and the Infringing Packaging Design Trademark and Trade Dress, and such

26   sums as the Court finds to be just, and further, that the amount of the monetary

27   award granted be trebled in view of the willful and deliberate nature of Defendant's

28   unlawful conduct;

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/10510929.1

- 27 -

COMPLAINT FOR DAMAGES AND
INJUNCTIVE AND DECLARATORY RELIEF

1       (4)    Pursuant to 15 U.S.C. § 1117, 15 U.S.C. § 1125, and the common law,

2   that this be held to be an exceptional case and that Defendant be ordered to pay to

3   Nutro the costs of this action and Nutro's reasonable attorneys' fees;

4       (5)    Nutro be granted such other, further, different, or additional relief as

5   this Court deems equitable and proper.

6   **JURY DEMAND**

7       Nutro demands a trial by jury in connection with this Complaint against

8   Defendant.

9

10   Dated:   November 6, 2013        Respectfully submitted,

11       ARENT FOX LLP

12

13       By: _____

14           JERROLD ABELES
        *Attorneys for Plaintiff*
        *The Nutro Company*

15

16   **Of Counsel**:

17   Cristina A. Carvalho
Michael A. Grow

18   Jason J. Mazur
Ross Q. Panko

19   **ARENT FOX LLP**
1717 K Street, N.W.

20   Washington, DC 20036
Telephone: (202) 857-6000

21   Facsimile: (202) 857-6395
cristina.carvalho@arentfox.com

22   michael.grow@arentfox.com
mazur.jason@arentfox.com

23   ross.panko@arentfox.com

24   *Attorneys for Plaintiff*
*The Nutro Company*

25

26

27

28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/10510929.1

- 28 -

COMPLAINT FOR DAMAGES AND
INJUNCTIVE AND DECLARATORY RELIEF

EXHIBIT A

# EXHIBIT A

## Image of GREENIES Product Bearing the GREENIES Toothbrush Design Trademark and Trade Dress



# EXHIBIT B

# EXHIBIT B

## Images of Packaging Bearing the GREENIES Packaging Design Trademark and Trade Dress







EXHIBIT B PAGE 31

# EXHIBIT C

# EXHIBIT C

**Registration Certificates and Related Documents Showing Nutro's Ownership of the GREENIES Toothbrush Design Trademark and Trade Dress and the GREENIES Packaging Design Trademark and Trade Dress**

EXHIBIT C PAGE 32



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Nov 6 03:10:46 EST 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

[ Logout ] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 031. US 001 046. G & S: PET SNACK FOOD. FIRST USE: 20001100. FIRST USE IN COMMERCE: 20001100 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 03.13.02 - Bones (animals, four-footed mammals); Skeletons (animals, four-footed mammals); Skulls (animals, four-footed mammals)<br>10.05.01 - Tooth brushes |
| **Serial Number** | 78347124 |
| **Filing Date** | December 31, 2003 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 31, 2006 |
| **Registration Number** | 3122596 |
| **Registration Date** | August 1, 2006 |
| **Owner** | (REGISTRANT) S&M NUTEC, LLC LIMITED LIABILITY COMPANY MISSOURI 1 DESIGN DRIVE NORTH KANSAS CITY MISSOURI 64116<br><br>(LAST LISTED OWNER) THE NUTRO COMPANY CORPORATION CALIFORNIA 1550 W. McEwen Drive Franklin TENNESSEE 37067 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Cristina A. Carvalho |
| **Description of Mark** | The color(s) GREEN is/are claimed as a feature of the mark. The mark consists of A CONFIGURATION OF A DOG BONE WITH THE SHAPE OF A HEAD OF A TOOTH BRUSH AT ONE END, ALL PORTIONS ARE THE COLOR GREEN. |
| **Type of Mark** | TRADEMARK |

EXHIBIT C PAGE 33

| | |
|---|---|
| **Register** | PRINCIPAL-2(F)-IN PART |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |
| **Distinctiveness Limitation Statement** | as to the configuration of the goods |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT C PAGE 34

Int. Cl.: 31

Prior U.S. Cls.: 1 and 46

## United States Patent and Trademark Office

Reg. No. 3,122,596
Registered Aug. 1, 2006

### TRADEMARK
### PRINCIPAL REGISTER



S&M NUTEC, LLC (MISSOURI LTD LIAB CO)

1 DESIGN DRIVE

NORTH KANSAS CITY, MO 64116

FOR: PET SNACK FOOD, IN CLASS 31 (U.S. CLS. 1 AND 46).

FIRST USE 11-0-2000; IN COMMERCE 11-0-2000.

THE COLOR(S) GREEN IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A CONFIGURATION OF A DOG BONE WITH THE SHAPE OF A HEAD OF A TOOTH BRUSH AT ONE END, ALL PORTIONS ARE THE COLOR GREEN.

SEC. 2(F) AS TO THE CONFIGURATION OF THE GOODS.

SER. NO. 78-347,124, FILED 12-31-2003.

WILLIAM BRECKENFELD, EXAMINING ATTOR-NEY

EXHIBIT _C_ PAGE _35_



**United States Patent and Trademark Office**



Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 3**

**Serial #:** 78347124   **Filing Dt:** 12/31/2003   **Reg #:** 3122596   **Reg. Dt:** 08/01/2006
**Registrant:** S&M NUTEC, LLC
**Mark:**

**Assignment: 1**

**Reel/Frame:** 3913/0798   **Recorded:** 01/06/2009   **Pages:** 20

**Conveyance:** MERGER EFFECTIVE 12282008

| | |
|---|---|
| **Assignor:** S&M NUTEC, LLC | **Exec Dt:** 12/22/2008 |
| | **Entity Type:** LIMITED LIABILITY COMPANY |
| | **Citizenship:** MISSOURI |
| **Assignee:** NUTRO PRODUCT, INC. | **Entity Type:** CORPORATION |
| 315 COOL SPRINGS BOULEVARD | **Citizenship:** CALIFORNIA |
| FRANKLIN, TENNESSEE 37067 | |

**Correspondent:** CRISTINA A. CARVALHO
1050 CONNECTICUT AVENUE, NW
TM DOCKET
WASHINGTON, DC 20036-5339

**Assignment: 2**

**Reel/Frame:** 3927/0116   **Recorded:** 01/28/2009   **Pages:** 23

**Conveyance:** CORRECTIVE ASSIGNMENT TO CORRECT THE THE ASSIGNEE NAME FROM NUTRO PRODUCT, INC. TO NUTRO PRODUCTS, INC. PREVIOUSLY RECORDED ON REEL 003913 FRAME 0798. ASSIGNOR(S) HEREBY CONFIRMS THE MERGER.

| | |
|---|---|
| **Assignor:** S&M NUTEC, LLC | **Exec Dt:** 12/22/2008 |
| | **Entity Type:** LIMITED LIABILITY COMPANY |
| | **Citizenship:** MISSOURI |
| **Assignee:** NUTRO PRODUCTS, INC. | **Entity Type:** CORPORATION |
| 315 COOL SPRINGS BOULEVARD | **Citizenship:** CALIFORNIA |
| FRANKLIN, TENNESSEE 37067 | |

**Correspondent:** CRISTINA A. CARVALHO
1050 CONNECTICUT AVENUE, NW
TM DOCKET
WASHINGTON, DC 20036-5339

**Assignment: 3**

**Reel/Frame:** 4098/0693   **Recorded:** 11/18/2009   **Pages:** 8

**Conveyance:** CHANGE OF NAME

| | |
|---|---|
| **Assignor:** NUTRO PRODUCTS, INC. | **Exec Dt:** 11/10/2009 |
| | **Entity Type:** CORPORATION |
| | **Citizenship:** CALIFORNIA |
| **Assignee:** THE NUTRO COMPANY | **Entity Type:** CORPORATION |
| 315 COOL SPRINGS BOULEVARD | **Citizenship:** CALIFORNIA |
| FRANKLIN, TENNESSEE 37067 | |

**Correspondent:** CRISTINA A. CARVALHO, JASON J. MAZUR
1050 CONNECTICUT AVENUE, NW
ARENT FOX TM DOCKET

EXHIBIT __C__ PAGE __86__

WASHINGTON, DC 20036-5339

Search Results as of: 11/06/2013 10:46 AM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.3.4
Web interface last modified: Jul 8, 2013 v.2.3.4

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

EXHIBIT __C__ PAGE __37__



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Nov 6 03:10:46 EST 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

[ Logout ] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | ( *Use the "Back" button of the Internet Browser to return to TESS* )



| | |
|---|---|
| **Goods and Services** | IC 031. US 001 046. G & S: PET SNACK FOOD. FIRST USE: 19960900. FIRST USE IN COMMERCE: 19980318 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 03.13.02 - Bones (animals, four-footed mammals); Skeletons (animals, four-footed mammals); Skulls (animals, four-footed mammals)<br>10.05.01 - Tooth brushes<br>10.05.05 - Brushes, body cleaning; Brushes, finger nail; Brushes, hair; Brushes, make-up; Combs, hair; Hair brushes; Hair combs; Nail brushes; Shaving brushes |
| **Serial Number** | 76355642 |
| **Filing Date** | January 4, 2002 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 24, 2003 |
| **Registration Number** | 3220981 |
| **Registration Date** | March 27, 2007 |
| **Owner** | (REGISTRANT) S&M NuTec, LLC LIMITED LIABILITY CORPORATION MISSOURI 1 DESIGN DRIVE NORTH KANSAS CITY MISSOURI 64116<br><br>(LAST LISTED OWNER) THE NUTRO COMPANY CORPORATION CALIFORNIA 1550 W. McEwen Drive Franklin TENNESSEE 37067 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |

EXHIBIT C PAGE 50

| | |
|---|---|
| **Attorney of Record** | Cristina A. Carvalho |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of a configuration of a dog bone with the shape of a head of a tooth brush at one end. The drawing is lined for the color green, but color is not claimed as a feature of the mark. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F) |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT __C__ PAGE __39__

**Int. Cl.: 31**

**Prior U.S. Cls.: 1 and 46**

## United States Patent and Trademark Office

**Reg. No. 3,220,981**
**Registered Mar. 27, 2007**

### TRADEMARK
### PRINCIPAL REGISTER



S&M NUTEC, LLC (MISSOURI LIMITED LIABI-
LITY CORPORATION)
1008 NE 94TH COURT
KANSAS CITY, MO 64155

FOR: PET SNACK FOOD, IN CLASS 31 (U.S. CLS. 1
AND 46).

FIRST USE 9-0-1996; IN COMMERCE 3-18-1998.

THE DRAWING IS LINED FOR THE COLOR
GREEN, BUT COLOR IS NOT CLAIMED AS A
FEATURE OF THE MARK.

THE MARK CONSISTS OF A CONFIGURATION
OF A DOG BONE WITH THE SHAPE OF A HEAD OF
A TOOTH BRUSH AT ONE END.

SEC. 2(F).

SER. NO. 76-355,642, FILED 1-4-2002.

BRENDAN MCCAULEY, EXAMINING ATTORNEY

EXHIBIT C PAGE 40



**United States Patent and Trademark Office**




Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 2**

**Serial #:** 76355642     **Filing Dt:** 01/04/2002     **Reg #:** 3220981     **Reg. Dt:** 03/27/2007

**Registrant:** S&M NuTec, LLC

**Mark:**

**Assignment: 1**

**Reel/Frame:** 3927/0069     **Recorded:** 01/28/2009     **Pages:** 19

**Conveyance:** MERGER EFFECTIVE 12282008

**Assignor:** S&M NUTEC, LLC     **Exec Dt:** 12/22/2008

    **Entity Type:** LIMITED LIABILITY COMPANY

    **Citizenship:** MISSOURI

**Assignee:** NUTRO PRODUCTS, INC.     **Entity Type:** CORPORATION
315 COOL SPRINGS BOULEVARD     **Citizenship:** CALIFORNIA
FRANKLIN, TENNESSEE 37067

**Correspondent:** CRISTINA A. CARVALHO
1050 CONNECTICUT AVENUE, NW
TM DOCKET
WASHINGTON, DC 20036-5339

**Assignment: 2**

**Reel/Frame:** 4098/0693     **Recorded:** 11/18/2009     **Pages:** 8

**Conveyance:** CHANGE OF NAME

**Assignor:** NUTRO PRODUCTS, INC.     **Exec Dt:** 11/10/2009

    **Entity Type:** CORPORATION

    **Citizenship:** CALIFORNIA

**Assignee:** THE NUTRO COMPANY     **Entity Type:** CORPORATION
315 COOL SPRINGS BOULEVARD     **Citizenship:** CALIFORNIA
FRANKLIN, TENNESSEE 37067

**Correspondent:** CRISTINA A. CARVALHO, JASON J. MAZUR
1050 CONNECTICUT AVENUE, NW
ARENT FOX TM DOCKET
WASHINGTON, DC 20036-5339

Search Results as of: 11/06/2013 10:48 AM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350 v.2.3.4
Web interface last modified: Jul 8, 2013 v.2.3.4

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

EXHIBIT __C__ PAGE __41__



**United States Patent and Trademark Office**

Home│Site Index│Search│FAQ│Glossary│Guides│Contacts│eBusiness│eBiz alerts│News│Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Nov 6 03:10:46 EST 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

[ Logout ] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 031. US 001 046. G & S: pet food. FIRST USE: 20001100. FIRST USE IN COMMERCE: 20001100 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 03.13.02 - Bones (animals, four-footed mammals); Skeletons (animals, four-footed mammals); Skulls (animals, four-footed mammals)<br>10.05.01 - Tooth brushes<br>10.05.05 - Brushes, body cleaning; Brushes, finger nail; Brushes, hair; Brushes, make-up; Combs, hair; Hair brushes; Hair combs; Nail brushes; Shaving brushes |
| **Trademark Search Facility Classification Code** | ANI-MISC Part of the animals including animal bones,horns,claws,shells,eyes,coral,paws,eggs, feathers,hides or skins<br>ART-10.05 Toilet articles; grooming devices; mirrors |
| **Serial Number** | 76045608 |
| **Filing Date** | May 11, 2000 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | May 22, 2001 |
| **Registration Number** | 3340413 |
| **Registration Date** | November 20, 2007 |
| **Owner** | |
| | (REGISTRANT) S & M NuTec, LLC LIMITED LIABILITY COMPANY MISSOURI 1 DESIGN DRIVE NORTH KANSAS CITY MISSOURI 64116 |

EXHIBIT C PAGE 42

(LAST LISTED OWNER) THE NUTRO COMPANY CORPORATION CALIFORNIA 1550 W. McEwen Drive Franklin TENNESSEE 37067

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Cristina A. Carvalho |
| **Description of Mark** | Color is not claimed as a feature of the mark. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT __C__ PAGE __43__

Int. Cl.: 31

Prior U.S. Cls.: 1 and 46

## United States Patent and Trademark Office

Reg. No. 3,340,413
Registered Nov. 20, 2007

### TRADEMARK
### PRINCIPAL REGISTER



S & M NUTEC, LLC (MISSOURI LTD LIAB CO)
1 DESIGN DRIVE
NORTH KANSAS CITY, MO 64116

FOR: PET FOOD, IN CLASS 31 (U.S. CLS. 1 AND 46).

FIRST USE 11-0-2000; IN COMMERCE 11-0-2000.

SN 76-045,608, FILED 5-11-2000.

BRENDAN MCCAULEY, EXAMINING ATTORNEY

EXHIBIT C PAGE 44



**United States Patent and Trademark Office**



## Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 3**

**Serial #:** 76045608     **Filing Dt:** 05/11/2000     **Reg #:** 3340413     **Reg. Dt:** 11/20/2007

**Registrant:** S & M NuTec, LLC

**Mark:**

**Assignment: 1**

**Reel/Frame:** 3913/0798     **Recorded:** 01/06/2009     **Pages:** 20

**Conveyance:** MERGER EFFECTIVE 12282008

**Assignor:** S&M NUTEC, LLC     **Exec Dt:** 12/22/2008

    **Entity Type:** LIMITED LIABILITY COMPANY

    **Citizenship:** MISSOURI

**Assignee:** NUTRO PRODUCT, INC.     **Entity Type:** CORPORATION

315 COOL SPRINGS BOULEVARD     **Citizenship:** CALIFORNIA

FRANKLIN, TENNESSEE 37067

**Correspondent:** CRISTINA A. CARVALHO

1050 CONNECTICUT AVENUE, NW

TM DOCKET

WASHINGTON, DC 20036-5339

**Assignment: 2**

**Reel/Frame:** 3927/0116     **Recorded:** 01/28/2009     **Pages:** 23

**Conveyance:** CORRECTIVE ASSIGNMENT TO CORRECT THE THE ASSIGNEE NAME FROM NUTRO PRODUCT, INC. TO NUTRO PRODUCTS, INC. PREVIOUSLY RECORDED ON REEL 003913 FRAME 0798. ASSIGNOR(S) HEREBY CONFIRMS THE MERGER.

**Assignor:** S&M NUTEC, LLC     **Exec Dt:** 12/22/2008

    **Entity Type:** LIMITED LIABILITY COMPANY

    **Citizenship:** MISSOURI

**Assignee:** NUTRO PRODUCTS, INC.     **Entity Type:** CORPORATION

315 COOL SPRINGS BOULEVARD     **Citizenship:** CALIFORNIA

FRANKLIN, TENNESSEE 37067

**Correspondent:** CRISTINA A. CARVALHO

1050 CONNECTICUT AVENUE, NW

TM DOCKET

WASHINGTON, DC 20036-5339

**Assignment: 3**

**Reel/Frame:** 4098/0693     **Recorded:** 11/18/2009     **Pages:** 8

**Conveyance:** CHANGE OF NAME

**Assignor:** NUTRO PRODUCTS, INC.     **Exec Dt:** 11/10/2009

    **Entity Type:** CORPORATION

    **Citizenship:** CALIFORNIA

**Assignee:** THE NUTRO COMPANY     **Entity Type:** CORPORATION

315 COOL SPRINGS BOULEVARD     **Citizenship:** CALIFORNIA

FRANKLIN, TENNESSEE 37067

**Correspondent:** CRISTINA A. CARVALHO, JASON J. MAZUR

1050 CONNECTICUT AVENUE, NW

ARENT FOX TM DOCKET

EXHIBIT C PAGE 45

WASHINGTON, DC 20036-5339

Search Results as of: 11/06/2013 11:01 AM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.3.4
Web interface last modified: Jul 8, 2013 v.2.3.4

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

EXHIBIT __C__ PAGE 46



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Nov 6 03:10:46 EST 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

[ Logout ] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)* |



| | |
|---|---|
| **Word Mark** | GREENIES |
| **Goods and Services** | IC 031. US 001 046. G & S: Pet food; Pet treats. FIRST USE: 20080600. FIRST USE IN COMMERCE: 20080600 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 03.01.08 - Dogs; Puppies<br>03.01.16 - Heads of cats, dogs, wolves, foxes, bears, lions, tigers<br>03.13.25 - Ears of four-footed mammals or primates (excluding humans); Eyes of four-footed mammals or primates (excluding humans); Other parts of four-footed mammals or primates (excluding humans); Snouts of four-footed mammals or primates (excluding humans); Tails of four-footed mammals or primates (excluding humans); Teeth of four-footed mammals or primates (excluding humans); Tusks of four-footed mammals or primates (excluding humans)<br>05.03.25 - Leaf, single; Other leaves<br>08.13.25 - Eggroll; Enchiladas; Potato chips; Potato chips; Rice; Salt; Snack foods; Sugar cubes; Tortilla chips<br>09.01.04 - Bows, decorative; Ribbons, giftwrap (gift wrap); Ribbons, hair<br>11.03.09 - Paper plates, empty; Plates, dinnerware, empty<br>26.11.21 - Rectangles that are completely or partially shaded<br>26.11.25 - Rectangles with one or more curved sides |
| **Trademark Search Facility Classification Code** | ANI-MISC Part of the animals including animal bones,horns,claws,shells,eyes,coral,paws,eggs, feathers,hides or skins<br>ART-08.13 Other foodstuffs<br>ART-09.01 Textiles other than clothing<br>ART-11.03 Containers for beverages; plates and dishes; cooking and serving ware (Non-electric)<br>GROT-ANI Exaggerated depiction of an animal<br>INAN Inanimate objects such as lighting,clouds,footprints,atomic configurations,snowflakes,rainbows,flames<br>SHAPES-ASTRO Astronomical shapes consisting of celestial bodies, globes and geographical maps |

EXHIBIT __C__ PAGE __42__

SHAPES-COLORS-3-OR-MORE Design listing or lined for three or more colors
SHAPES-GEOMETRIC Geometric figures and solids including squares, rectangles, quadrilaterals and polygons
SHAPES-MISC Miscellaneous shaped designs
SHAPES-OVALS Oval figures or designs including incomplete ovals and one or more ovals
VEG Plant life such as trees,flowers,fruits,grains,nuts,wreaths,and leaves

| | |
|---|---|
| **Serial Number** | 77797693 |
| **Filing Date** | August 5, 2009 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 17, 2010 |
| **Registration Number** | 3869170 |
| **Registration Date** | November 2, 2010 |
| **Owner** | (REGISTRANT) THE NUTRO COMPANY CORPORATION CALIFORNIA 1550 W. McEwen Drive Franklin TENNESSEE 37067 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Cristina A. Carvalho |
| **Prior Registrations** | 2874574;3122596;3220981 |
| **Description of Mark** | The color(s) green, tan, brown, white, orange and black is/are claimed as a feature of the mark. The mark consists of packaging for the goods containing a highly stylized green and tan double "U" shape, with an orange oval placed at the base of the inner "U" such that the orange oval overlaps with the green color of the outer "U" and the tan color of the inner "U". Inside the tan colored inner "U" is the word "GREENIES" displayed in arched green lettering; below that, the head of a brown, black, and white dog with a green dog treat in its mouth and a green leaf behind it; below that, the image of a green dog treat and below that, the aforementioned orange oval. A white tooth wrapped in a green ribbon appears in the lower left corner of the tan colored inner "U". |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F)-IN PART |
| **Live/Dead Indicator** | LIVE |
| **Distinctiveness Limitation Statement** | as to the dog treat shape |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT ___C___ PAGE ___48___

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,869,170**
**Registered Nov. 2, 2010**

**Int. Cl.: 31**

**TRADEMARK**

**PRINCIPAL REGISTER**

THE NUTRO COMPANY (CALIFORNIA CORPORATION)
1550 W. MCEWEN DRIVE
FRANKLIN, TN 37067

FOR: PET FOOD; PET TREATS, IN CLASS 31 (U.S. CLS. 1 AND 46).

FIRST USE 6-0-2008; IN COMMERCE 6-0-2008.

OWNER OF U.S. REG. NOS. 2,874,574, 3,122,596, AND 3,220,981.

THE COLOR(S) GREEN, TAN, BROWN, WHITE, ORANGE AND BLACK IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF PACKAGING FOR THE GOODS CONTAINING A HIGHLY STYLIZED GREEN AND TAN DOUBLE "U" SHAPE, WITH AN ORANGE OVAL PLACED AT THE BASE OF THE INNER "U" SUCH THAT THE ORANGE OVAL OVERLAPS WITH THE GREEN COLOR OF THE OUTER "U" AND THE TAN COLOR OF THE INNER "U". IN-SIDE THE TAN COLORED INNER "U" IS THE WORD "GREENIES" DISPLAYED IN ARCHED GREEN LETTERING; BELOW THAT, THE HEAD OF A BROWN, BLACK, AND WHITE DOG WITH A GREEN DOG TREAT IN ITS MOUTH AND A GREEN LEAF BEHIND IT; BE-LOW THAT, THE IMAGE OF A GREEN DOG TREAT AND BELOW THAT, THE AFORE-MENTIONED ORANGE OVAL. A WHITE TOOTH WRAPPED IN A GREEN RIBBON AP-PEARS IN THE LOWER LEFT CORNER OF THE TAN COLORED INNER "U".

SEC. 2(F) AS TO THE DOG TREAT SHAPE.

SER. NO. 77-797,693, FILED 8-5-2009.

MARK RADEMACHER, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

EXHIBIT C PAGE 49



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help





**Assignments on the Web > Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

**Serial #:** 77797693          **Filing Dt:** 08/05/2009          **Reg #:** 3869170          **Reg. Dt:** 11/02/2010

**Registrant:** THE NUTRO COMPANY

**Mark:** GREENIES

**Assignment: 1**

**Reel/Frame:** 4098/0693          **Recorded:** 11/18/2009          **Pages:** 8

**Conveyance:** CHANGE OF NAME

**Assignor:** NUTRO PRODUCTS, INC.          **Exec Dt:** 11/10/2009
                                            **Entity Type:** CORPORATION
                                            **Citizenship:** CALIFORNIA

**Assignee:** THE NUTRO COMPANY          **Entity Type:** CORPORATION
              315 COOL SPRINGS BOULEVARD          **Citizenship:** CALIFORNIA
              FRANKLIN, TENNESSEE 37067

**Correspondent:** CRISTINA A. CARVALHO, JASON J. MAZUR
                   1050 CONNECTICUT AVENUE, NW
                   ARENT FOX TM DOCKET
                   WASHINGTON, DC 20036-5339

Search Results as of: 11/06/2013 10:50 AM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.3.4
Web interface last modified: Jul 8, 2013 v.2.3.4

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

EXHIBIT _C_ PAGE _50_



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Nov 6 03:10:46 EST 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

[ Logout ] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 031. US 001 046. G & S: PET FOOD AND PET TREATS. FIRST USE: 19960900. FIRST USE IN COMMERCE: 19980300 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 03.01.08 - Dogs; Puppies<br>03.01.16 - Heads of cats, dogs, wolves, foxes, bears, lions, tigers<br>05.03.25 - Leaf, single; Other leaves<br>08.01.03 - Biscuits; Brioches |
| **Serial Number** | 78240761 |
| **Filing Date** | April 22, 2003 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 25, 2004 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | **2874574** |
| **Registration Date** | August 17, 2004 |
| **Owner** | (REGISTRANT) S&M NUTEC, LLC LIMITED LIABILITY COMPANY MISSOURI 1 DESIGN DRIVE NORTH KANSAS CITY MISSOURI 64116 |
| | (LAST LISTED OWNER) THE NUTRO COMPANY CORPORATION CALIFORNIA 1550 W. McEwen Drive Franklin TENNESSEE 37067 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |

**Attorney of Record**  Cristina A. Carvalho

**Description of Mark**  The mark consists of the head of a dog with a toothbrush shaped bone in its mouth and a leaf behind it.

**Type of Mark**  TRADEMARK

**Register**  PRINCIPAL

**Affidavit Text**  SECT 15. SECT 8 (6-YR).

**Live/Dead Indicator**  LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT __C__ PAGE __52__

Int. Cl.: 31

Prior U.S. Cls.: 1 and 46

**United States Patent and Trademark Office**

Reg. No. 2,874,574
Registered Aug. 17, 2004

### TRADEMARK
### PRINCIPAL REGISTER



S&M NUTEC, LLC (MISSOURI CORPORATION)
I DESIGN DRIVE
NORTH KANSAS CITY, MO 64116

FOR: PET FOOD AND PET TREATS, IN CLASS 31
(U.S. CLS. 1 AND 46).

FIRST USE 9-0-1996; IN COMMERCE 3-0-1998.

THE MARK CONSISTS OF THE HEAD OF A DOG
WITH A TOOTHBRUSH SHAPED BONE IN ITS
MOUTH AND A LEAF BEHIND IT.

SER. NO. 78-240,761, FILED 4-22-2003.

CYNTHIA SLOAN, EXAMINING ATTORNEY

EXHIBIT C PAGE 53

 **United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

 

**Assignments on the Web** > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 3**

**Serial #:** 78240761   **Filing Dt:** 04/22/2003   **Reg #:** 2874574   **Reg. Dt:** 08/17/2004
**Registrant:** S&M NUTEC, LLC
**Mark:**

**Assignment: 1**

**Reel/Frame:** 3913/0798   **Recorded:** 01/06/2009   **Pages:** 20

**Conveyance:** MERGER EFFECTIVE 12282008

**Assignor:** S&M NUTEC, LLC   **Exec Dt:** 12/22/2008
   **Entity Type:** LIMITED LIABILITY COMPANY
   **Citizenship:** MISSOURI

**Assignee:** NUTRO PRODUCT, INC.   **Entity Type:** CORPORATION
315 COOL SPRINGS BOULEVARD   **Citizenship:** CALIFORNIA
FRANKLIN, TENNESSEE 37067

**Correspondent:** CRISTINA A. CARVALHO
1050 CONNECTICUT AVENUE, NW
TM DOCKET
WASHINGTON, DC 20036-5339

**Assignment: 2**

**Reel/Frame:** 3927/0116   **Recorded:** 01/28/2009   **Pages:** 23

**Conveyance:** CORRECTIVE ASSIGNMENT TO CORRECT THE THE ASSIGNEE NAME FROM NUTRO PRODUCT, INC. TO NUTRO PRODUCTS, INC. PREVIOUSLY RECORDED ON REEL 003913 FRAME 0798. ASSIGNOR(S) HEREBY CONFIRMS THE MERGER.

**Assignor:** S&M NUTEC, LLC   **Exec Dt:** 12/22/2008
   **Entity Type:** LIMITED LIABILITY COMPANY
   **Citizenship:** MISSOURI

**Assignee:** NUTRO PRODUCTS, INC.   **Entity Type:** CORPORATION
315 COOL SPRINGS BOULEVARD   **Citizenship:** CALIFORNIA
FRANKLIN, TENNESSEE 37067

**Correspondent:** CRISTINA A. CARVALHO
1050 CONNECTICUT AVENUE, NW
TM DOCKET
WASHINGTON, DC 20036-5339

**Assignment: 3**

**Reel/Frame:** 4098/0693   **Recorded:** 11/18/2009   **Pages:** 8

**Conveyance:** CHANGE OF NAME

**Assignor:** NUTRO PRODUCTS, INC.   **Exec Dt:** 11/10/2009
   **Entity Type:** CORPORATION
   **Citizenship:** CALIFORNIA

**Assignee:** THE NUTRO COMPANY   **Entity Type:** CORPORATION
315 COOL SPRINGS BOULEVARD   **Citizenship:** CALIFORNIA
FRANKLIN, TENNESSEE 37067

**Correspondent:** CRISTINA A. CARVALHO, JASON J. MAZUR
1050 CONNECTICUT AVENUE, NW
ARENT FOX TM DOCKET

EXHIBIT C   PAGE 54

WASHINGTON, DC 20036-5339

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.3 4
Web interface last modified: Jul 8, 2013 v.2.3 4

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

EXHIBIT  C  PAGE 55